Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_Northern_ District of _Florida_

_Panama City_ Division

| | |
|---|---|
| Eric Adams <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Michelle Schouest (LLSC)  Keith S. Halstead (HSA) <br> John P. Lay Jr. (MD)   (See Attached) <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _5:19cv302-TKW/MJF_ <br> (to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

PROVIDED FOR MAILING
AT CALHOUN CI ON

FILED USDC FLND PN
AUG 26 '19 PM 1:33

AUG 14 2019

STAFF INITIALS __NM__
INMATE INITIALS __EA__

Page 1 of 11

## Part B. Names of The Attached Defendant(s)

DR. Calderon (MD)
K. Forrester (NP)
DR. L. Lopez-Rivera (CHO)
P. Miller (NP)
A. Scott (DON)
K. Rice (HSA)
T. Wilkinson (MMHC)
H. George (MD)
K. Todd (A.A)
Mark Inch (Secretary FDOC)
Centurion of Florida (LLC's)
The Department of Insurance Division of Risk Management
J. Pelton (PA)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Eric Adams
All other names by which you have been known: Same As Above
ID Number: B11252
Current Institution: Calhoun Correctional Institution
Address: 19562 South East Institutional Drive
Blountstown, Florida 32424-5156

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Michelle Schouest
Job or Title (if known): HSC
Shield Number:
Employer: Centurion of Florida llc's / Department of Corrections
Address: 501 South Calhoun Street
Tallahassee, FL 32399-2500
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: John P. Lay JR.
Job or Title (if known): Medical Doctor
Shield Number:
Employer: Centurion of Florida LLC's / Florida D.O.C
Address: 19562 SE Institutional Drive
Blountstown, FL 32424-5156
[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Keith S. Halstead
Job or Title (if known): Health service Administrator
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 19562 Southeast Institutional Drive
Blountstown, FL. 32424-5156
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Mr. Calderon
Job or Title (if known): Medical Doctor
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 3950 Tiger Bay Road
Daytona Beach, FL. 32124
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) Cruel And unusual punishment
2) Culpable negligence
3) Deliberate Indifference
4) Delaying Inadequate Medical Treatment To a Dermatologist-Specialist
5) Failure to Treat
6) Interfering with prescribed Treatment
*7) Medical negligence * / Medical malpractice
My Eighth Amendment And My Fourteenth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Page 3 of 11

Attachment to Part B. The Defendant(s)

**Defendant No. 5**
NAME: K. Forrester
Job or Title (if known): Nurse Practious
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 691 Institutional Road
Defuniaksprings FL 33433
☑ Individul Capacity  ☑ Official Capacity

**Defendant No. 6**
NAME: Dr. L. Lopez-Rivera
Job or Title (if known): Chief Health Officer
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 691 Institutional Road
Defuniaksprings FL 33433
☑ Individual Capacity  ☑ Official Capacity

**Defendant No. 7**
NAME: P. Miller
Job or Title (if known): Nurse Practious
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 19562 S.E. Institutional Drive
Blounstown FL 32424-5156
☑ Individual Capacity  ☑ Official Capacity

Defendant No. 8
NAME: M. Scott
Job or Title (if known): Department of Nurse
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 691 Institutional Road
DeFuniak Springs   FL.   33433
☑ Individul Capacity   ☑ Official Capacity

Defendant No. 9
NAME: K. Rice
Job or Title (if known): Health Service Administrator
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 691 Institutional Road
DeFuniak Springs   FL.   33433
☑ Individul Capacity   ☑ Official Capacity

Defendant No. 10
NAME: T. Wilkinson
Job or Title (if known): Medical / Mental Health Clerk
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 3950 Tiger Bay Road
Daytona Beach   FL.   32124
☑ Individul Capacity   ☑ Official Capacity

Defendant No. 11
NAME: H. George
Job or Title (if known): Medical Doctor
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 216 S.E. Corrections Way
Lake City   FL.   32025
☑ Individul Capacity   ☑ Official Capacity

Defendant No. 12
NAME: K. Todd
Job or Title (if known): Administrator Assistance
Shield Number:
Employer: Centurion of Florida LLC's / F.D.O.C
Address: 216 S.E. Corrections Way
Lake City   FL.   32025
☑ Individul Capacity   ☑ Official Capacity

Defendant No. 13
Name: MARK INCH
Job or Title (If known): Secretary of Florida Dept. of Corrections
Shield number:
Employer: Florida Department of Corrections
Address: 501 South Calhoun Street
Tallahassee, FL. 32399-2500
☑ Individul capacity
☑ Official capacity

Defendant No. 14
Name: Centurion of Florida LLC's
Job or Title (If known): Medical Company for F.D.O.C
Shield number:
Employer: Centurion of Florida LLC's/F.D.O.C
Address: 501 South Calhoun Street
Tallahassee, FL. 32399-2500
☑ Individul capacity
☑ Official capacity

Defendant No. 15
Name: The Department of Insurance Division of Risk Management
Job or Title (If known): Insurance Division of Risk Management
Shield number:
Employer: The Department of Insurance/F.D.O.C
Address: The Department of Insurance Division of Risk Mangement
The Capitol, Tallahassee, FL. 32399-0300
☑ Individul capacity
☑ Official capacity

Defendant No. 16
Name: J. Pelton
Job or Title (If known): PA
Shield number:
Employer: Centurion of Florida LLC's/F.D.O.C
Address: 19562 S.E. Institutional Drive
Blountstown, FL. 32424-5156
☑ Individul capacity
☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
AT TOMOKA C.I From 9/26/16 - 11/9/16, At Columbia C.I 4/20/17 - 7/5/17, At Walton C.I From 5/7/18 - 2/3/19, At ~~Walton~~ Calhoun C.I From 3/10/19 - 7/19/19

C. What date and approximate time did the events giving rise to your claim(s) occur?

9/26/16, 10/11/16, 10/12/16, 11/9/16, 4/20/17, 6/5/17, 6/14/17, 6/20/17, 7/2/17, 7/5/17, 5/7/18, 5/31/18, 6/4/18, 9/24/18, 10/18/18, 11/27/18, 11/29/18, 12/11/18, 2/3/19, 3/10/19, 3/20/19, 3/23/19, 3/27/19, 3/28/19, 4/1/19, 4/15/19, 4/26/19, 5/6/19, 5/8/19, 5/13/19, 7/19/19

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I was Diagnosed by each of the Defendants Listed In this Claim with (severe Plaque Psoriasis). Each Defendant participated in prescribing/Issueing me (INEffective Treatment) For my skin condition. At Tomoka C.I. I was Recieving A (Humira) skin Injection once Every 2 weeks For up to 6 months. But unfortunately The prescribed Humira Injection Treatment was Interfered by nurses, [redacted] By stopping the Humira Injections In the middle of the Second month And stated to me: "Inmate Adams you will no longer be Recieving Any more Injections Due to The state Dosen't Have Enough money to keep paying For your shots". Since I've been off the Humira Treatment my skin condition Have spreaded And Gotten worst! (see Attachment to Part D. For Continuance)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The Injuries that I sustained was Having The Psoriasis spread More And More All over my body. It started From my Scalp And Due to (INEffective Treatment) And Due to Medical Denieing me Access To be Seen By A Dermatologist, It started getting worst And became more severe. All In my Ears, neck, Face, Chest, Stomach, Ribs, Back, Arms, thighs, Legs, And, Buttocks. When my medical condition Got this worst, I required to be seen By A Dermatologist But was Denied by Medical on being Seen By A Dermatologist. I Also Required to be placed back on the (Humira Skin Injections), But was Denied on that too because the Medical Department Claimed that they didn't have enough money to continue the Humira Treatment.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I Am seeking payment For All present and future medical bills. $50,000 In Damages From Each Defendant, and $100,000 From ~~Corizon~~ Centurion Of Florida LLC's. And I sues Each Defendant In their official and Individual capacities. Due To Each Defendant causing me Pysical Damages on the Following Areas: Scalp, Ears, Face, Neck, Arms, Elbows, Chest, Stomach, Back, Buttocks, thighs, Legs. Also Due To Each Defendant Causing Mentally And Emotionally Depression/Stressfulness on the behalf of Their Neclectfulness Toward my medical condition.

## Continuance of Part D

I have went through ALL the Proper Proceedures with My Remedy's And Have been Denied on ALL Remedy's. My Remedy's specifically Argued that I need To be seen By A (Dermatologist) For The Cause Of My Severe Skin Psoriasis. But Medical Still Chooses To Ignore The Severeness of The Skin Condition of My Psoriasis. And Deny Me on being seen By A Dermatologist. Which was clearly stated To Me That: "Since the State Of Florida Dosen't have The Funds To Pay For A Specialist or The Treatment that I'M Requesting, Unfortunately I'M Going To have To wait till I E.O.S From Prison And then Go And See A Dermatologist. Because the state Cant Do Anything For My Severe Skin Condition." This statement From Ms. P. Miller Left Me In tears And Dissappointment. At That Point I Knew I had To Do something About My Medical Situation. All Of My Eighth And Fourteenth Amendments had been Violated, By Each Defendant by Failing To Adequately Identify My Medical needs, Delaying Me Access To A Dermatologist skin Specialist. And Forcing Me To Endure the unnecessary and wanton Infliction Of Pain.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Tomoka Correctional Institution, Calhoun Correctional Institution, Columbia Correctional Institution, Walton Correctional Institution,

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____ N/A _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? AT Tomoka C.I, Columbia C.I, Walton C.I, Calhoun C.I, And The Secretary Florida Department of Corrections.

2. What did you claim in your grievance? That I Am Recieveing (INEFfective Treatment) From The Medications That I Am Being Proscribed on. My Skin Condition Is Getting Worst. Therefor I Requested/Grieved That I be Seen By A Dermatologist Skin Specialist For Some Effective Treatment on My Skin.

3. What was the result, if any? The Results was Medical Denied Me on Seeing A Dermatologist Skin Specialist. And Continued To Give Me Different Medications That was (INEFfective) on My Skin. The Medications Did not Work or At Least Show Any Improvement. It only Cause My Skin To break out (More) And Cause Me More Suffering And Pain. The Medication Even Cause More Spots on My Skin Then I I Had befor. My Immune system was Rejecting the Medications by Attacking the Skin.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* First I Filed A Formal Grievance (Form DC1-303) To the Warden on The Medical Department. AFter I was Denied I went to the Next step which was File Another Formal Grievance (DC1-303) With the Denied Grievance Attached And send Both Formal Grievances To the Secretary, Florida Department of Corrections. Yes All My Grievance Process Is Completed. Note: I have went Through the Grievance Process At All 4 Institutions Listed In this Complaint.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have been currently prescribed on Methotrexate 7.5 MG pills once a week. The Nurse Practician MS. P. Miller have me take this single dose medication every monday after the last meal. I started this medication on May 27, 2019 at 6:30 Pm. I was also issued some Bethamethasone Dipropionate cream 0.5% on June 6 2019 at the K.O.P window. This medications dose not work. Also I filed a notice of Intent to sue claim on 6/20/19 to Division of Risk Managements.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s)  N/A
      Defendant(s)  N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      N/A

   3. Docket or index number
      N/A

   4. Name of Judge assigned to your case
      N/A

   5. Approximate date of filing lawsuit
      N/A

   6. Is the case still pending?
      ☐ Yes
      ☑ No

      If no, give the approximate date of disposition.  N/A

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
        Plaintiff(s)    N/A
        Defendant(s)    N/A

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        N/A

    3. Docket or index number
        N/A

    4. Name of Judge assigned to your case
        N/A

    5. Approximate date of filing lawsuit
        N/A

    6. Is the case still pending?

        ☐ Yes
        ☑ No

        If no, give the approximate date of disposition    N/A

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 13, 2019

Signature of Plaintiff: *Eric Adams*
Printed Name of Plaintiff: Eric Adams
Prison Identification #: B11252
Prison Address: 19562 SouthEast Institutional Drive
Blountstown, FL. 32424-5156

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Eric L. Adams DC# B11252
Calhoun Correctional Institutional
19562 SouthEast Institutional Drive
Blountstown, Florida 32424-5156

CHECKED AUG 26 2019

Clerk U.S. United States District Court
100 N Palafox St
Pensacola FL 32502-4839

MAILED FROM A CORRECTIONAL INSTITUTION

LEGAL MAIL